No. 249. TANZER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *James J. Silver* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Jerome M. Feit* for the United States.

No. 252. AZTECA FILMS, INC., *v.* GENERAL CASUALTY COMPANY OF AMERICA. C. A. 9th Cir. Certiorari denied. *George C. Lyon* and *Henry F. Walker* for petitioner. *Robert E. Dunne* for respondent.

No. 254. BUFALINO *v.* HOLLAND, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE. C. A. 3d Cir. Certiorari denied. *Leon H. Kline* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Theodore George Gilinsky* for respondent.

No. 301. INTERNATIONAL HOD CARRIERS' BUILDING & COMMON LABORERS' UNION OF AMERICA, LOCAL 41, AFL–CIO, *v.* MADDEN, REGIONAL DIRECTOR, NATIONAL LABOR RELATIONS BOARD. C. A. 7th Cir. Certiorari denied. *Bernard M. Mamet* for petitioner. *Solicitor General Rankin, Stuart Rothman, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 68, Misc. CARTER ET AL. *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Daniel R. Sherry* and *Foster Wood* for petitioners. *Solicitor General Rankin, Assistant Attorney General Wilkey* and *Kirby W. Patterson* for the United States.